**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 8 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01597-ZLW

JOHN ERIC SANDLES,

    Plaintiff,

v.

WARDEN RIOS, et al.,
WARDEN SCIBANA, FCI Oxford, Oxford, WI,
WARDEN MCFADDEN, FMC, Springfield, MO,
MR. KLAWITTER, FCI Oxford, Oxford, WI,
MS. SPENCER, FCI Oxford, Oxford, WI,
DR. REED, FCI Oxford, Oxford, WI,
MR. FAYTONG, FCI – Oxford, WI,
MS. DRUIDS, FCI Oxford, WI,
MR. FUENTEZ, Nurse, FCI Oxford, Oxford, WI,
MR. SALAS, Captain, FCI Oxford, Oxford, WI,
MR. JONES, Chaplin, FCI Oxford, Oxford, WI,
MR. VAUGHT, Ccorrection [sic] Officer, FCI Oxford, Oxford, WI,
MR. MOORE, Lt., FCI Oxford, Oxford, WI,
MR. DIELH, Lt., FCI Florence, CO,
MR. TODD, Lt., FCI Florence, CO,
MR. BAHRENS, Lt., FCI Florence, CO,
MS. VELENQUEZ, Counselor, FCI Florence, CO,
MR. LEE, Mailroom, FCI Florence, CO,
MR. NELSON, Mailroom, FCI Florence, CO,
MR. RICHARDS, Lt., FCI Springfield, MO,
UNKNOWN NAME, Captain, FCI Springfield, MO,
MR. PEARSON, Doctor, FCI Springfield, MO,
UNKNOWN THERAPIST, FCI Springfield, MO,
MR. HAZZELWOOD, Doctor, FCI Springfield, MO,
MS. RICHARDS, Lt., FCI Springfield, MO, and
MS. JONES, Corrections Officer, FCI Springfield, MO,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to Reinstate Above Case," filed December 1, 2005, is DENIED for the reasons set forth in the Court's Order Denying Motion to Reconsider entered December 1, 2005.

Dated: December 8, 2005

Copies of this Minute Order mailed on December 8, 2005, to the following:

John Eric Sandles
Reg. No. 22367-086
FCI-Florence
P.O. Box 6000
Florence, CO 81226

_____
Secretary/Deputy Clerk